Fredric EICHELMAN, Appellant,

v.

Dr. Albert H. REED et al., Appellees.

No. 13797.

United States Court of Appeals Sixth Circuit.

Oct. 16, 1959.

Foster Wood, Washington, D. C., and Richard E. Ress, Cleveland, Ohio, for appellant.

R. Crawford Morris, Arter, Hadden, Wykoff & Van Duzer, George I. Meisel, and Squire, Sanders & Dempsey, Cleveland, Ohio, for appellees.

Before McALLISTER, Chief Judge, and MILLER and CECIL, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcripts, the briefs of the parties and the arguments of counsel in open court, and the court being duly advised,

Now, therefore, it is ordered, adjudged and decreed that the judgment of the District Court be and is hereby affirmed; and that the order dismissing appellant's complaint and denial of motion for a new trial be and are hereby affirmed on the opinion of Judge Connell.

Mary C. HUDSON, as Administratrix of the Estate of Herbert A. Hudson, Deceased, Appellant,

v.

TRANSOCEAN AIR LINES, a Corporation, and Slick Airways, Inc., a Corporation, Appellee.

No. 16349.

United States Court of Appeals Ninth Circuit.

Dec. 9, 1959.

Sheridan Downey, Jr., John Kramer, Oakland, Cal., for appellant.

Jesse H. Steinhart, John J. Goldberg, Neil E. Falconer, Steinhart, Goldberg, Feigenbaum & Ladar, San Francisco, Cal., for appellees.

Before CHAMBERS, ORR and POPE, Circuit Judges.

PER CURIAM.

The decision of the district court is affirmed on the authority of the opinion of this court in King v. Pan American World Airways, 9 Cir., 1959, 270 F.2d 355, rehearing denied December 8, 1959.